UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PATRICK D. FOWLER,

    Plaintiff,

  v.           Case No. 25-cv-1193-bbc

VIRGINIA TRZEBIATOWSKI et al.,

    Defendants.

## ORDER

   As stated in the September 29, 2025, screening order, a plaintiff may recover damages from the Wisconsin Injured Patients and Families Compensation Fund in the event the plaintiff is successful on a state law medical negligence claim against an individual Defendant. *See Reifschneider v. Grossman*, No. 18-C-146, 2019 WL 1522065 (E.D. Wis. Apr. 8, 2019) (citing Wis. Stat. §655.27)). Fowler is proceeding on a malpractice/negligence claim against Defendant Virginia Trzebiatowski, so the Court has allowed the Wisconsin Injured Patients and Families Compensation Fund to remain as a Defendant in this case. The Court will order service of Fowler's complaint upon the Fund.

   **IT IS THEREFORE ORDERED** that the United States Marshal shall serve a copy of the complaint and the September 29, 2025, screening order upon the Wisconsin Injured Patients and Families Compensation Fund pursuant to Federal Rule of Civil Procedure 4. Fowler is advised that Congress requires the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. §1921(a). The current fee for waiver-of-service packages is $8.00 per item mailed. The full fee schedule is provided at 28 C.F.R. §§0.114(a)(2)–(3). Although Congress requires the Court

to order service by the U.S. Marshals Service precisely because *in forma pauperis* plaintiffs are indigent, it has not made any provision for these fees to be waived either by the Court or by the U.S. Marshals Service. The Court is not involved in the collection of the fee.

**IT IS FURTHER ORDERED** that the Fund shall file a responsive pleading to the complaint.

**IT IS FURTHER ORDERED** that the parties may not begin discovery until after the Court enters a scheduling order setting deadlines for discovery and dispositive motions.

Dated at Green Bay, Wisconsin on October 1, 2025.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge